**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6291**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LLOYD ANTHONIE WILLIAMS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.   Martin K. Reidinger, District Judge. (4:98-cr-00144-MR-1)

_____

Submitted:  April 23, 2015          Decided:  April 28, 2015

_____

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lloyd Anthonie Williams, Appellant Pro Se.  Corey F. Ellis, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Anthonie Williams appeals the district court's order denying his motion to reconsider the court's earlier order denying his "Petition for Resentencing," in which Williams sought relief under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. A district court lacks authority to grant a motion to reconsider its ruling on a § 3582(c)(2) motion. United States v. Goodwyn, 596 F.3d 233, 234 (4th Cir. 2010).

Accordingly, we affirm the district court's order denying Williams' motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED